08 CR 1073 L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| RODRIGO VELASQUEZ-COTA (1), MONIQUE RUIZ-MONTENEGRO (2), | |
| Defendants. | |

The grand jury charges:

Count 1

On or about February 6, 2008, within the Southern District of California, defendants RODRIGO VELASQUEZ-COTA and MONIQUE RUIZ-MONTENEGRO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 24.86 kilograms (54.69 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//

//

CPH:nlv:Imperial
4/7/08

Count 2

On or about February 6, 2008, within the Southern District of California, defendants RODRIGO VELASQUEZ-COTA and MONIQUE RUIZ-MONTENEGRO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 24.86 kilograms (54.69 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

DATED: April 9, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By _____
CAROLINE P. HAN
Assistant U.S. Attorney