UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RODRIGO VELASQUEZ-COTA ET AL.,<br><br>　　　　　Defendant. | Criminal Case No. '08 CR 1073 L<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

　　Please take notice that the above-entitled case is related to <u>United States of America v. Rodrigo Velasquez-Cota et al.</u>, Criminal Case No. 08CR0614-L.

　　DATED: April 9, 2008.

　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　CAROLINE P. HAN
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney