1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Ms. Ruiz

6

7

8                           UNITED STATES DISTRICT COURT

9                          SOUTHERN DISTRICT OF CALIFORNIA

10                          **(HONORABLE M. JAMES LORENZ)**

11 | UNITED STATES OF AMERICA, | ) | Case No.    08cr1073-L |
   |                           | ) |                         |
12 |        Plaintiff,         | ) | DATE:   May 27, 2008    |
   |                           | ) | TIME:   2:00 p.m.       |
13 | v.                        | ) |                         |
   |                           | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
14 | MONIQUE RUIZ-MONTENEGRO (2), | ) |                      |
   |                           | ) | 1)  PRESERVE EVIDENCE AND COMPEL |
15 |        Defendant.         | ) |     PRODUCTION OF DISCOVERY;     |
   |                           | ) | 2)  SUPPRESS STATEMENTS;         |
16 |                           | ) | 3)  PRESERVE AND RE-WEIGH        |
   |                           | ) |     NARCOTICS EVIDENCE;          |
17 |                           | ) | 4)  DISMISS INDICTMENT BECAUSE   |
   |                           | ) |     DRUG STATUTE IS              |
18 |                           | ) |     UNCONSTITUTIONAL;            |
   |                           | ) | 5)  DISMISS INDICTMENT DUE TO    |
19 |                           | ) |     IMPROPER GRAND JURY          |
   |                           | ) |     INSTRUCTION; AND             |
20 |                           | ) | 6)  GRANT LEAVE TO FILE FURTHER  |
   | _____   | ) |     MOTIONS                      |

21

22 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
         STEWART YOUNG, ASSISTANT UNITED STATES ATTORNEY:
23

24     PLEASE TAKE NOTICE that, on May 27, 2008 at 2:00 p.m., or as soon thereafter as counsel may

25 be heard, defendant Monique Ruiz-Montenegro, by and through her attorneys, Erica K. Zunkel and Federal

26 Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

27 / / /

28 / / /

**MOTIONS**

Defendant Monique Ruiz-Montenegro, by and through her attorneys, Erica K. Zunkel and Federal Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

1) Preserving Evidence and Compelling Production of Discovery;

2) Suppress Statements;

3) Providing for the Preservation and Re-Weigh of Narcotics Evidence;

4) Dismissing the Indictment Because the Drug Statute is Unconstitutional;

5) Dismissing the Indictment Because of Improper Grand Jury Instruction; and

6) Granting Leave to File Further Motions.

This motion is based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

DATED:     May 12, 2008                   /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Ms. Ruiz-Montenegro