**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Monique Ruiz-Montenegro

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0614-L-02 |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| MONIQUE RUIZ-MONTENEGRO, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Stewart Michael Young
stewart.young@usdoj.gov,lilian.ruiz@usdoj.gov,efile.dkt.gc1@usdoj.gov; and

Robert Carriedo
robertcarriedo@sbcglobal.net,rcarriedo@aol.com

Respectfully submitted,

DATED:   May 12, 2008                     /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
                                          Federal Defenders of San Diego, Inc.
                                          Attorneys for Monique Ruiz-Montenegro