AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MONIQUE RUIZ-MONTENEGRO,

WAIVER OF INDICTMENT

CASE NUMBER: 08-CR-1073 L

FILED AUG 0 5 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

I, MONIQUE RUIZ-MONTENEGRO, the above named defendant, who is accused of the following: False Statement to a Federal Officer (Felony), in violation of Title 18, U.S.C., Sec. 1001 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8-5-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER