FILED

AUG 0 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1073 L |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | (Superseding) |
| MONIQUE RUIZ-MONTENEGRO (D2), | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about February 6, 2008, within the Southern District of California, defendant MONIQUE RUIZ-MONTENEGRO, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that she did state to a federal officer that she had nothing to declare in the car, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made;

1 | in violation of Title 18, United States Code, Section 1001.

3 | DATED: AUG. 5, 2008

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney