# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA    CASE NUMBER  08CR1073-L

vs    ABSTRACT OF ORDER

Monique Ruiz-Montenegro    Booking No. 05766218

**FILED AUG 0 5 2008 CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY SMV DEPUTY**

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/5/08__ the Court entered the following order:

__X__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

__X__ Defendant sentenced to TIME SERVED, supervised release for __3__ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

M. JAMES LORENZ
UNITED STATES ~~MAGISTRATE~~ District JUDGE

OR

W. SAMUEL HAMRICK, JR., Clerk
by S. Volkert
Deputy Clerk

Received _____ DUSM

Crim-9    (Rev 6-95)    S. VOLKERT    ☆ U.S. GPO: 1996-783-398/40151